UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          -against-

WILSON FERNANDO ALEMAN ARIAS,

                    Defendant.

25-CV-9719 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On November 25, 2025, the United States of America ("Plaintiff") initiated this action against Wilson Fernando Aleman Arias ("Defendant"). *See* ECF No. 1. On December 9, 2025, Plaintiff filed an Amended Complaint.

The Court's Individual Rules and Practices in Civil Cases order: "Any amended or corrected filing, including amendments as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), shall be filed with a redline showing all differences between the original and revised filing." Individual Rule 1(e). Plaintiff is DIRECTED to file a redline of the Amended Complaint in compliance with the Court's rules by **December 17, 2025**.

Dated: December 10, 2025
          New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge